IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THOMAS C. RICHARDSON,

    Petitioner,

v.                                      4:20cv547–WS/HTC

MARK S. INCH,

    Respondent.

_____

## ORDER DISMISSING PETITIONER'S AMENDED PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation (ECF No. 13) docketed March 8, 2021. The magistrate judge recommends that Petitioner's amended petition for writ of habeas corpus be DISMISSED as untimely. Petitioner has filed objections (ECF No. 14) to the magistrate judge's report and recommendation, and those objections have been carefully reviewed by the undersigned.

Upon review of the record in light of Petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be

adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 13) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's amended petition for writ of habeas corpus (ECF No. 12) is DISMISSED as untimely.

3. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is DISMISSED."

4. A certificate of appealability is DENIED.

DONE AND ORDERED this   5th   day of   April  , 2021.

                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE.